CT Chest w/ Contrast   HAYNES, JASON DAVID - 71189592
\* Final Report \*

| | |
|---|---|
| Result Type: | CT Chest w/ Contrast |
| Result Date: | January 12, 2017 14:49 EST |
| Result Status: | Auth (Verified) |
| Result Title: | CT Chest w/ Contrast |
| Performed By: | Thomason CR, Elizabeth ROSE on January 12, 2017 14:49 EST |
| Verified by: | RUSH MD, CHRISTOPHER THOMAS on January 12, 2017 15:28 EST |
| Encounter info: | 86710138, FH CEL, Outpatient General, 1/12/2017 - 1/12/2017 |

## \* Final Report \*

**Reason For Exam**
chest pain

**Report**
EXAM: CT CHEST WITH CONTRAST

INDICATION: Chest pain

COMPARISON: Single view chest December 5, 2016

TECHNIQUE: Contiguous axial images were obtained from the thoracic inlet to the lung bases following the intravenous administration of 75 mL of Omnipaque.

FINDINGS:

LUNGS AND PLEURA: Subsegmental opacities are seen in the left lung base and lingula laterally consistent with scarring and/or atelectasis. Aeration is relatively well-preserved otherwise. No effusions.

MEDIASTINUM: No masses.

LYMPH NODES: No adenopathy.

HEART: Normal in size. No pericardial effusion.

AORTA AND GREAT VESSELS: No aneurysm or dissection.

OSSEOUS STRUCTURES: Patient status post resection of the anterior extent of the bilateral first ribs.

UPPER ABDOMEN: Portions of the abdomen included are normal.

IMPRESSION:
Opacities in left lower lung zone most consistent with scarring and/or atelectasis. Improved compared prior study December 5, 2016.

Changes of prior rib resections.

| | | |
|---|---|---|
| Printed by: | Catena, Shannon L | Page 1of 2 |
| Printed on: | 02/15/2017 13:25 EST | (Continued) |

CT Chest w/ Contrast, HAYNES, JASON DAVID - 71189592
\* Final Report \*

Dictating Dr. Christopher Rush, MD
Dictated 1/12/2017 3:25 PM
Signing Dr. Christopher Rush, MD

WSN:AHRR1

**Signature Line**
\*\*\*Final Report\*\*\*

Transcribed By:           CTR                                      01/12/17 3:25
Signed and Verified By: RUSH MD, CHRISTOPHER THOMAS   01/12/17 3:28

**3212019**
This document has an image

**Completed Action List:**
* Order by Gharagozloo Md, Farid on January 12, 2017 10:50 EST
* Assist by Caban CR, Carmen IRIS on January 12, 2017 14:49 EST
* Perform by Thomason CR, Elizabeth ROSE on January 12, 2017 14:49 EST
* VERIFY by RUSH MD, CHRISTOPHER THOMAS on January 12, 2017 15:28 EST
* Endorse by Gharagozloo Md, Farid on January 13, 2017 07:56 EST

Printed by:    Catena, Shannon L
Printed on:    02/15/2017 13:25 EST