

April 8, 2020

Ms. Taylor
Montgomery FPC
Maxwell AL 36112

Via fax 334-293-4346

Re:  *Jason Haynes*
     *69148-018*

Dear Ms. Taylor:

I write to supplement Mr. Haynes application for immediate release to home confinement and or compassionate release.

I've been informed that you already have a file on Mr. Haynes' application and are working on it.

I'd like to supplement it with a critical medical report that I've just obtained. It indicates that in 2017 a radiologist detected in Mr. Haynes lungs "opacities" consistent with scarring and or atelectasis (collapsed lung).

In conjunction with Mr. Haynes already serious medical issues, I believe this makes him a high risk to suffer severely if he contracts COVID

He is nearly five months into a six month sentence. He can be released safely into home confinement at his residence in Florida. The Probation Department of the Middle District of Florida had already visited his home previously to ensure it was suitable. The PO is Tom Sanders and his phone number is 321-615-9875 and cell is 321-243-8962.

Mr Hayes wife is employed as a Registered Nurse and can transport him to his residence immediately.

Given Mr. Haynes unique vulnerability, his lack of danger and all other applicable criteria in favor of release to home confinement, I request that you process his application for release to home confinement as fast a possible.

Thank you for your assistance

Sincerely,

William T. Easton
Easton Thompson Kasperek Shiffrin LLP

**Partners**
William T. Easton
Donald M. Thompson
Lawrence L. Kasperek
Brian Shiffrin
Rhian D. Jones

**Associates**
Paul A. Meabon
Yousef N. Taha

**Office Manager**
Victoria Pellett

The Powers Building
16 West Main Street
Suite 243
Rochester, New York
14614

OFFICE  (585) 423.8290
FAX     (585) 423.0890

www.etksdefense.com

Easton Thompson Kasperek Shiffrin LLP

CT Chest w/ Contrast   HAYNES, JASON DAVID - 71189592
* Final Report *

| | |
|---|---|
| Result Type: | CT Chest w/ Contrast |
| Result Date: | January 12, 2017 14:49 EST |
| Result Status: | Auth (Verified) |
| Result Title: | CT Chest w/ Contrast |
| Performed By: | Thomason CR, Elizabeth ROSE on January 12, 2017 14:49 EST |
| Verified by: | RUSH MD, CHRISTOPHER THOMAS on January 12, 2017 15:28 EST |
| Encounter info: | 86710138, FH CEL, Outpatient General, 1/12/2017 - 1/12/2017 |

## * Final Report *

**Reason For Exam**
chest pain

**Report**
EXAM: CT CHEST WITH CONTRAST

INDICATION: Chest pain

COMPARISON: Single view chest December 5, 2016

TECHNIQUE: Contiguous axial images were obtained from the thoracic inlet to the lung bases following the intravenous administration of 75 mL of Omnipaque.

FINDINGS:

LUNGS AND PLEURA: Subsegmental opacities are seen in the left lung base and lingula laterally consistent with scarring and/or atelectasis. Aeration is relatively well-preserved otherwise. No effusions.

MEDIASTINUM: No masses.

LYMPH NODES: No adenopathy.

HEART: Normal in size. No pericardial effusion.

AORTA AND GREAT VESSELS: No aneurysm or dissection.

OSSEOUS STRUCTURES: Patient status post resection of the anterior extent of the bilateral first ribs.

UPPER ABDOMEN: Portions of the abdomen included are normal.

IMPRESSION:
Opacities in left lower lung zone most consistent with scarring and/or atelectasis. Improved compared prior study December 5, 2016.

Changes of prior rib resections.

CT Chest w/ Contrast, HAYNES, JASON DAVID - 71189592
* Final Report *

Dictating Dr. Christopher Rush, MD
Dictated 1/12/2017 3:25 PM
Signing Dr. Christopher Rush, MD

WSN:AHRR1

**Signature Line**
***Final Report***

Transcribed By:          CTR                                01/12/17 3:25
Signed and Verified By: RUSH MD, CHRISTOPHER THOMAS         01/12/17 3:28

**3212019**
This document has an image

**Completed Action List:**
* Order by Gharagozloo Md, Farid on January 12, 2017 10:50 EST
* Assist by Caban CR, Carmen IRIS on January 12, 2017 14:49 EST
* Perform by Thomason CR, Elizabeth ROSE on January 12, 2017 14:49 EST
* VERIFY by RUSH MD, CHRISTOPHER THOMAS on January 12, 2017 15:28 EST
* Endorse by Gharagozloo Md, Farid on January 13, 2017 07:56 EST